TUCKER ELLIS LLP
EDWARD W. RACEK SBN 235184
edward.racek@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409

TUCKER ELLIS LLP
JOHN Q. LEWIS (admitted *pro hac vice*)
john.lewis@tuckerellis.com
SAVANNAH M. FOX (admitted *pro hac vice*)
savannah.fox@tuckerellis.com
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone: 216.592.5000
Facsimile: 216.592.5009

Attorney for Plaintiff and Counter Defendant JAMES D. MCCOOL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES D. MCCOOL,<br><br>　　Plaintiff,<br><br>　v.<br><br>DENISE WILSON; ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS, LLP; CLARK LIBENSON; THE PRACTICE CERTIFIED PUBLIC ACCOUNTANTS, INC.; ADAM OCHOA; and DOES 1 through 10, inclusive,<br><br>　　Defendants.<br>DENISE WILSON,<br><br>　　Counter Plaintiff,<br><br>　v.<br><br>JAMES D. MCCOOL, DESERT JET HOLDINGS, LLC,<br><br>　　Counter Defendants. | Case No. 5:19-cv-02499-PSG-KK<br>Assigned to Hon. Philip S. Gutierrez<br><br>**PLAINTIFF AND COUNTER DEFENDANT JAMES D. MCCOOL'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>**Local Civil Rule 79-5.2.2**<br><br>**[Filed concurrently with Declaration of Edward W. Racek and Proposed Order]**<br><br>Date:　TBD by Court<br>Time:　TBD by Court<br>Place:　Courtroom 6A<br><br>Complaint Filed:　December 30, 2019<br>Counterclaim Filed: March 17, 2020<br>Trial Date:　None Set |

1

PLAINTIFF AND COUNTER DEFENDANT JAMES D. MCCOOL'S UNOPPOSED APPLICATION
FOR LEAVE TO FILE UNDER SEAL

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Civil Rule 79-5.2.2, Plaintiff and Counter Defendant James D. McCool ("McCool"), hereby respectfully submits the following Unopposed Application for Leave to File Under Seal:

1. Redacted Portions of paragraphs 5 and 10 of the Declaration of Jared Fox ("Fox Decl.") submitted in support of McCool's accompanying Response to Order to Show Cause Why a Temporary Receiver Should Not Be Appointed.

   a. Paragraph 5 contains redacted amounts of loan funds the company has received or for which it has been approved.  Paragraph 10, includes information regarding specific financial metrics for the company and the only items of information redacted from this paragraph are the number of average use hours per aircraft for a period when Denise Wilson was CEO versus the average hours of use per aircraft while Jared Fox has been CEO, and the amount of profit margin during that timeframe.

   b. Exhibit 1 to the Fox Decl., is a correspondence from Desert Jet Holdings, LLC's bank including information regarding approval of loans funds in a specific amount.

2. Redacted portions of paragraphs 3, 6 and 11 of the Declaration of James D. McCool ("McCool Decl.") submitted in support of McCool's accompanying Response to Order to Show Cause Why A Temporary Receiver Should Not Be Appointed, and the entirety of exhibits 3, 6, 10, 11, 12, 13, and 14 attached thereto.

   a. Paragraphs 3, 6 and 11 contain confidential financial information of the company.  Only the specific amount of loans received, revenue and net losses, have been redacted.

   b. Exhibit 3 to the McCool Decl., is a correspondence between James McCool to Denise Wilson dated July 25, 2018 outlining the financial and other terms of McCool's investment in Desert Jet Holdings, LLC.

  c. Exhibit 6 to the McCool Decl., is a report of Desert Jet's Consolidated Revenue for 2018.

  d. Exhibit 10 to the McCool Decl., is a set of combined financial statements for Desert Jet for the year ending December 31, 2018.

  e. Exhibit 11 to the McCool Decl., is an email chain dated March 19, 2019 between Denise Wilson, Toby Benenson and vendor regarding Denise Wilson's resignation from Desert Jet.

  f. Exhibit 12 to the McCool Decl., is an email chain dated March 20, 2019 between James McCool, Denise Wilson, and Toby Benenson regarding Denise Wilson's resignation from Desert Jet.

  g. Exhibit 13 to the McCool Decl., is an email chain dated April 4, 2019 between James McCool, Denise Wilson and Toby Benenson regarding Desert Jet financial issues.

  h. Exhibit 14 to the McCool Decl., is a packet of July 26, 2019 Financial Documents of Desert Het, including documents entitled Action By Written Consent of the Management Board, Action By Written Consent of the Management Board, Action By Written Consent of the Sole Member, Promissory Note and Security Agreement. These documents were filed under seal as Exhibit D to the Wilson Declaration in support of her ex parte application to appoint a receiver.

3. Exhibit 1 to the Declaration of Toby Benenson (Benenson Decl.), is a copy of the email chain dated March 19, 2019 between Denise Wilson, Toby Benenson and a vendor regarding Denise Wilson's resignation from Desert Jet. It is also attached to the McCool Decl. as Exhibit 11.

**The Above Records Should Be Filed Under Seal.**

Section 10.2 of the August 14, 2018 Limited Liability Company Agreement of Desert Jet Holdings, LLC (the "Company Agreement") defines "Confidential Information" of the Company, in pertinent part, as:

> Trade secrets, proprietary information and confidential information belonging to the Company and its Affiliates that are not generally known to the public, including, but not limited to, information concerning business plans, financial statements and other information provided pursuant to this Agreement, operating practices and methods, expansion plans, strategic plans, marketing plans, contracts, customer lists or other business documents that the Company treats as confidential, in any format whatsoever (including oral, written, electronic or any other form or medium)[.]

*See* Ex. 9 to McCool Decl. The Company Agreement also states that the Company has invested substantial time, expense, and specialized knowledge in developing its Confidential Information, which provides a competitive advantage to the Company, and the disclosure of which would irreparably harm the Company. *Id.* § 10.2. This Section further militates that each party "in possession of Confidential Information shall take all appropriate steps to safeguard such information and to protect it against disclosure, misuse, espionage, loss and theft." *Id.*

Out of an abundance of caution, and to avoid any potential breach of the Company Agreement, and to protect the Company's proprietary, confidential, and trade secret information, McCool seeks leave to file the above documents and redacted portions of declarations under seal as they would reveal both financial information of the company as well as information about business plans, strategic plans and contracts. (Racek Decl. ¶ 18.) Good cause exists to grant this narrowly tailored request to seal from the public the specific and detailed information contained therein regarding the Company's financial condition, current and proposed financing, and strategies/plans regarding the Company's finances and operations. (*Id.*) Indeed, "while protecting the public's interest in access to the courts, [courts] must remain mindful of the parties' right to access those same courts upon terms which will not unduly harm their competitive interest." *Nicolosi Distrib., Inc. v. Finishmaster, Inc.*, No. 18-CV-03587-BLF, 2018 WL 3932554, at *1–2 (N.D. Cal. Aug. 16, 2018) (quoting *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016)) (finding that compelling reasons exist to seal three contracts containing potential trade secrets and confidential business information). The sealing of these documents and information is particularly warranted here due to the need to provide

confidential financial information on shortened time due to the nature of Wilson's motion to appoint a receiver and to refute Wilson's statements regarding the finances and operation of the company.

Counsel for Wilson, the sole party seeking appointment of a receiver, has advised that they do not oppose the instant request, and would stipulate to filing the referenced financial and business information under seal. (Racek Decl. ¶ 3, Ex. 1.)

WHEREFORE, based on the foregoing, McCool respectfully requests that the Court grant Leave to File Under Seal as sought herein, and for all such further relief as the Court deems just and proper.

DATED:  May 4, 2020                           Tucker Ellis LLP


By: */s/ Edward W. Racek*
       Edward W. Racek

       Attorney for Plaintiff and Counter Defendant JAMES D. MCCOOL

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

# CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 S. Flower Street, 42nd Floor, Los Angeles, CA 90071.

On the date indicated below, a true and correct copy of the foregoing **PLAINTIFF AND COUNTER DEFENDANT JAMES D. MCCOOL'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Central District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

**By sending facsimile, a true and correct copy thereof addressed as follows to the following:**

| | |
|---|---|
| Nich S. Pujji<br>Jacqueline M. Whipple<br>Isabella C. Hsu<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, California 90017-5704<br>Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924 | Counsel for Defendant and Counter Plaintiff Denise Wilson |
| Kevin H. Brogan<br>HILL FARRER AND BURRILL LLP<br>One California Plaza<br>300 South Grand Avenue 37th Floor<br>Los Angeles, CA 90071-3147<br>Telephone: 213-620-0460<br>Facsimile: 213-624-4840 | Counsel for Defendants Allen Matkins Leck Gamble Mallory and Natsis, LLP and Clark Libenson |

2

PLAINTIFF AND COUNTER DEFENDANT JAMES D. MCCOOL'S UNOPPOSED APPLICATION
FOR LEAVE TO FILE UNDER SEAL

| | |
|---|---|
| Randall Dean | Counsel for Defendants The Practice |
| Eliana Spero | Certified Public Accountants, Inc. and |
| CHAPMAN GLUCKSMAN DEAN | Adam Ochoa |
| AND ROEB | |
| 11900 West Olympic Boulevard | |
| Suite 800 | |
| Los Angeles, CA 90064 | |
| Telephone: 310-207-7722 | |
| Facsimile: 310-207-6550 | |

Executed on, May 4, 2020, at Los Angeles, CA.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice before the District Court for the Central District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

By: */s/ Annika Garcia*
    Annika Garcia

PLAINTIFF AND COUNTER DEFENDANT JAMES D. MCCOOL'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL