NICK S. PUJJI (Bar No. 259571)
nick.pujji@dentons.com
JACQUELINE M. WHIPPLE (*Pro Hac Vice Applicant*)
jacqueline.whipple@dentons.com
ISABELLA C. HSU (Bar No. 306178)
isabella.hsu@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendant
and Counter Plaintiff
**DENISE WILSON**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. McCOOL,<br><br>    Plaintiff,<br><br>v.<br><br>DENISE WILSON; ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS, LLP; CLARK LIBENSON; THE PRACTICE CERTIFIED PUBLIC ACCOUNTANTS, INC.; ADAM OCHOA; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>DENISE WILSON,<br><br>    Counter Plaintiff,<br><br>v.<br><br>JAMES D. McCOOL, DESERT JET HOLDINGS, LLC<br><br>    Counter Defendants. | No. 5:19-CV-02499<br><br>Assigned to: Hon. Philip S. Gutierrez<br><br>Courtroom: 6A<br><br>**DEFENDANT AND COUNTER PLAINTIFF DENISE WILSON'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL FOR DENISE WILSON'S REPLY IN SUPPORT OF MOTION FOR ORDER APPOINTING RECEIVER**<br><br>**Local Civil Rule 79-5.2.2**<br><br>**[Filed concurrently with Declaration of Nick Pujji and Proposed Order]**<br><br>Date: May 13, 2020<br>Time: 10:00 a.m.<br>Place: Courtroom 6A (via video)<br><br>Complaint Filed: December 30, 2019<br>Counterclaim Filed: March 17, 2020<br>Trial Date: None Set |

- 1 -

Pursuant to Local Civil Rule 79-5.2.2, Defendant and Counter Plaintiff Denise Wilson ("Denise"), hereby respectfully submits the following Unopposed Application for Leave to File Under Seal:

1. Redacted portions of Paragraphs 6, 10-12, 16-17, 19 and Exhibits E-H of the Declaration of Denise Wilson In Support of Reply For Motion For Order Appointing Receiver ("Denise Decl.").

   a. Paragraph 6 contains an amount of projected revenue.
   b. Paragraph 10 contains amounts of what Denise believes the Company assets are worth and the EBITDA.
   c. Paragraph 11 contains the amounts of loans and losses as well as bank account amounts for the Desert Jet entities.
   d. Paragraph 12 contains financial information relating to a Company vendor and the names of other Company vendors.
   e. Paragraph 16 contains amounts relating to gross profit and expenses.
   f. Paragraph 17 contains a chart showing charter sales activity in 2020.
   g. Paragraph 19 contains the amount of a loan from McCool that was accepted without Board approval.
   h. Exhibit E is comprised of Desert Jet entities' bank account information.
   i. Exhibit F is an invoice from a vendor with specific past due amounts.
   j. Exhibit G is a chart displaying annual fuel sales broken down by month.
   k. Exhibit H contains financial reports describing profits and losses.

2. Redacted portions of Paragraphs 2, 4, and 10 of the Declaration of Lee Searing. These paragraphs contain specific amounts of Mr. Searing's investment in the Company and the schedule of repayment.

3. Redacted portions of Defendant and Counter Plaintiff Denise Wilson's Reply In Support of Motion for Order Appointing Receiver.

    a. Page 4, lines 14-16 contain specific amounts of the Company's bank accounts and amounts owed.

    b. Page 5, line 7 contains specific amounts of lender indebtedness and tax indebtedness.

    c. Page 5, line 11 contains the specific amount of a judgment obtained against the Company.

    d. Page 5, lines 14-15 contain specific amounts of debt owed by the Company and to vendors, as well as the amount of cash on hand.

    e. Page 5, lines 21-22 contain amounts owed to Company vendors and an estimate of the amount of debt incurred on a weekly basis.

This Court has broad discretion to protect from public disclosure and seal "trade secret or other confidential research, development, or commercial information[.]" Fed. R. Civ. P. 26(c)(1)(G). Because these exhibits are offered in support of Denise's Reply In Support of Motion For Order Appointing Receiver, a non-dispositive motion, the "good cause" standard under Rule 26(c) applies. *See e.g.*, *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

Here, Section 10.2 of the August 14, 2018 Limited Liability Company Agreement of Desert Jet Holdings, LLC (the "Company Agreement") defines "Confidential Information" of the Company, in pertinent part, as:

> Trade secrets, proprietary information and confidential information belonging to the Company and its Affiliates that are not generally known to the public, including, but

> not limited to, information concerning business plans, financial statements and other information provided pursuant to this Agreement, operating practices and methods, expansion plans, strategic plans, marketing plans, contracts, customer lists or other business documents that the Company treats as confidential, in any format whatsoever (including oral, written, electronic or any other form or medium)[.]

*See* Ex. C to Declaration of Wilson In Support of Motion For Order Appointing Receiver [Dkt. No. 41-4].

The Company Agreement also states that the Company has invested substantial time, expense, and specialized knowledge in developing its Confidential Information, which provides a competitive advantage to the Company, and the disclosure of which would irreparably harm the Company. *See id.* § 10.2. This Section further militates that each party "in possession of Confidential Information shall take all appropriate steps to safeguard such information and to protect it against disclosure, misuse, espionage, loss and theft." *Id.*

Thus, out of an abundance of caution and so as to avoid an actual or apparent breach of the Company Agreement, and to protect the Company's proprietary, confidential, and trade secret information, Denise seeks leave to file the Company's financial information in the documents noted above under seal. (Declaration of Nick S. Pujji In Support of Defendant and Counter Plaintiff Denise Wilson's Reply In Support of Motion For Order Appointing Receiver ("Pujji Decl.") ¶¶ 11-12.) McCool does not oppose the request to file certain documents containing Company information under seal. (*Id.* at ¶ 11.) Good cause exists to grant this narrowly tailored request to seal from the public the specific and detailed information contained therein regarding the Company's financial condition, current and proposed financing, and strategies/plans regarding the Company's finances and operations. (*Id.* at ¶ 12) In particular, Exhibits E, F, G, and H to the Denise Decl. contains entirely non-public, proprietary business, and trade-secret information concerning the Company's finances. Indeed, "while protecting the public's interest

in access to the courts, [courts] must remain mindful of the parties' right to access those same courts upon terms which will not unduly harm their competitive interest." *Nicolosi Distrib., Inc. v. Finishmaster, Inc.*, No. 18-CV-03587-BLF, 2018 WL 3932554, at *1–2 (N.D. Cal. Aug. 16, 2018) (quoting *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016)) (finding that compelling reasons exist to seal three contracts containing potential trade secrets and confidential business information).

Counsel for McCool has advised that they do not oppose the instant request, and would stipulate to filing the referenced documents under seal. (Pujji Decl. ¶ 11.)

WHEREFORE, based on the foregoing, Defendant and Counter Plaintiff Denise respectfully requests that the Court grant Leave to File Under Seal as sought herein, and for all such further relief as the Court deems just and proper.

Dated: May 7, 2020

Respectfully submitted,

**DENTONS US LLP**

By: */s/ Nick S. Pujji*
Nick S. Pujji
Jacqueline M. Whipple
Isabella C. Hsu

Attorneys for Defendant
and Counter Plaintiff
**DENISE WILSON**

- 5 -