NICK S. PUJJI (SBN 259571)
nick.pujji@dentons.com
JACQUELINE M. WHIPPLE (*Pro Hac Vice Applicant*)
jacqueline.whipple@dentons.com
CAROL YUR (SBN 290145)
carol.yur@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for former Defendant
and Counter Plaintiff
**DENISE WILSON**

FILED
CLERK, U.S. DISTRICT COURT
APR 21 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LINK #124

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. McCOOL,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS, LLP; CLARK LIBENSON; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 5:19-CV-02499-PSG<br><br>Assigned to: Hon. Philip S. Gutierrez<br><br>Courtroom: 6A<br><br>**[PROPOSED] ORDER GRANTING FORMER DEFENDANT AND COUNTER PLAINTIFF DENISE WILSON'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>**Local Civil Rule 79-5.2.2**<br><br>[Filed concurrently with Declaration of Nick Pujji, Declaration of Denise Wilson, and Application]<br><br>Date: TBD by Court<br>Time: TBD by Court<br>Place: Courtroom 6A (via video)<br><br>Complaint Filed: December 30, 2019<br>Counterclaim Filed: March 17, 2020 |

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

Having reviewed former Defendant and Counter Plaintiff Denise Wilson's Application for Leave to File Under Seal, the accompanying Declarations on file herein, and other pleadings and papers on file in this case, and good cause and compelling reasons appearing therefor, the Court hereby GRANTS Leave to file and maintain under seal the following documents:

| Document | Portion(s) to Be Sealed |
|---|---|
| Former Defendant and Counter Plaintiff Denise Wilson's Notice of Motion and Motion to Enforce Settlement, which analyzes and discusses the terms of The Global Confidential Settlement, Mutual Release, and Buyout Agreement (the "Agreement") entered into between Denise, Alan Robert Wilson, James D. McCool, and Desert Jet Holdings, LLC on May 27, 2020. | Entirety |
| The Declaration of Denise Wilson In Support of Her Motion to Enforce Settlement, which discusses the terms of the Agreement. | Entirety |
| **Exhibit 1** to The Declaration of Denise Wilson In Support of Her Motion to Enforce Settlement, which is The Global Confidential Settlement, | Entirety |

| | |
|---|---|
| Mutual Release, and Buyout Agreement. | |
| The Declaration of Nick S. Pujji In Support of Denise's Motion to Enforce Settlement, which discusses the terms of the Agreement. | Entirety |
| **Exhibit A** to The Declaration of Nick S. Pujji In Support of Denise's Motion to Enforce Settlement, which contains communications between counsel for Denise and counsel for James D. McCool and Desert Jet Holdings, LLC discussing the terms of the Agreement and the basis for Denise's Motion to Enforce Settlement. | Entirety |
| **Exhibit B** to The Declaration of Nick S. Pujji In Support of Denise's Motion to Enforce Settlement, which contains communications between counsel for Denise and counsel for James D. McCool and Desert Jet Holdings, LLC discussing the terms of the Agreement. | Entirety |
| **Exhibit C** to The Declaration of Nick S. Pujji In Support of Denise's Motion to Enforce Settlement, which contains communications between counsel for Denise and counsel for James D. | Entirety |

| | |
|---|---|
| McCool and Desert Jet Holdings, LLC discussing the terms of the Agreement. | |
| **Exhibit E** to The Declaration of Nick S. Pujji In Support of Denise's Motion to Enforce Settlement, which contains communications between counsel for Denise and counsel for James D. McCool and Desert Jet Holdings, LLC discussing the terms of the Agreement and the basis for Denise's Motion to Enforce Settlement. | Entirety |

**IT IS SO ORDERED.**

Dated: __4/20__, 2021

_____
Hon. Philip S. Gutierrez
U.S. District Court Judge